```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        AUG - 6 2024

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )   3:23-cr-00038-HDM-CLB
        Plaintiff,  )
    vs.  )   **ORDER FOR RELEASE**
JOSEPH ROJAS,  )
        Defendants.  )
_____)

On August 5, 2024, this Court held a hearing ordering that the Defendant be released from custody once a bed becomes available at the New Frontier residential treatment center (ECF No. 19.)

On August 6, 2024, counsel for Defendant, Sean McClelland confirms that a bed will be available for the Defendant on Thursday, August 8, 2024.

THEREFORE, the Court finds that Joseph Rojas shall be released from custody on **Thursday, August 8, 2024,** at **8:00 a.m.**, and shall be immediately transported to New Frontier by his partner Stella Velasco.

**IT IS SO ORDERED.**

DATED: August 6, 2024

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE