# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH ROJAS,<br><br>　　　　Defendant. | Case No. 3:23-cr-00038-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JOSEPH ROJAS and Acting United States Attorney SUE FAHAMI, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for March 25, 2025, at 11:30 AM, be vacated and continued to April 22, 2025, at 11:00 AM.

　　　　This Stipulation is entered into for the following reasons:

1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently on bond and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 7th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Sean A. McClelland*<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for JOSEPH ROJAS | By */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation Hearing currently set for March 25, 2025, at 11:30 AM, be vacated and continued to April 22, 2025, at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED.**

DATED this 11th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE

3