Prob12B
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

---

**ORDER GRANTING REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 12, 2025**

---

Name of Offender: **Joseph Rojas**

Case Number: **3:23CR00038**

Name of Sentencing Judicial Officer: **Honorable Joy Flowers Conti**

Date of Original Sentence: **June 5, 2014**

Original Offense: **Conspiracy to possess with intent to distribute and distribute 50 grams, or more, of Methamphetamine**

Original Sentence: **120 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **October 15, 2021**

Date Jurisdiction Transferred to District of Nevada: **December 20, 2023**

Name of Assigned Judicial Officer: **Honorable Howard McKibben**

---

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Remote Alcohol Detection** – The person under supervision must participate in the Remote Alcohol Detection Program for 60 days, or until Mr. Rojas's Final Revocation Hearing is completed, and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the court and/or the officer.

   Mr. Rojas was convicted of Driving Under the Influence by Reno Municipal Court on March 4, 2025, and sentenced to 90 days jail, suspended, with the following requirements: DUI School (52 Weeks), Victim Impact Panel, Breath Interlock Device,

RE: Joseph Rojas

Prob12B
D/NV Form
Rev. June 2014

    Obey All Laws, and No Alcohol/Drugs/Paraphernalia/Controlled Substances without a prescription. The undersigned believes consistent alcohol monitoring through daily alcohol tests would ensure Mr. Rojas' sobriety and further promote safety to the community.

2. **No Alcohol** – You must not use or possess alcohol.

    Mr. Rojas was convicted of Driving Under the Influence by Reno Municipal Court on March 4, 2025, and sentenced to 90 days jail, suspended, with the following requirements: DUI School (52 Weeks), Victim Impact Panel, Breath Interlock Device, Obey All Laws, and No Alcohol/Drugs/Paraphernalia/Controlled Substances without a prescription. The undersigned believes consistent alcohol monitoring through daily alcohol tests would ensure Mr. Rojas' sobriety and further promote safety to the community.

## CAUSE

On June 5, 2014, the Honorable Judge Joy Conti, in the Western District of Pennsylvania, sentenced Mr. Rojas to 120 months imprisonment with 60 months of supervised release to follow. On October 15, 2021, Mr. Rojas began supervision in the Eastern District of California. On April 7, 2022, Mr. Rojas then transferred his supervision to the District of Nevada. He has resided in the District of Nevada since that time and has denied having any intention to move out of the District of Nevada. Therefore, the Western District of a Pennsylvania agreed to transfer jurisdiction of the case to the District of Nevada. The District of Nevada accepted jurisdiction of this case on December 20, 2023.

Mr. Rojas was convicted of Driving Under the Influence by Reno Municipal Court on March 4, 2025, and sentenced to 90 days jail, suspended, with the following requirements: DUI School (52 Weeks), Victim Impact Panel, Breath Interlock Device, Obey All Laws, and No Alcohol/Drugs/Paraphernalia/Controlled Substances without a prescription. The undersigned believes consistent alcohol monitoring through daily alcohol tests would ensure Mr. Rojas' sobriety and further promote safety to the community. The undersigned respectfully requests Your Honor to impose this condition for a period of 60 days or until Mr. Rojas' Petition for Revocation of Supervised Release is concluded. If Your Honor would prefer a different course of action, please indicate below.

Respectfully submitted,

*Matthew McKeon*
Digitally signed by Matthew McKeon
Date: 2025.03.13 12:37:36 -07'00'

Matthew McKeon
United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2025.03.12 16:56:54 -07'00'

Erik Flocchini
Supervisory United States Probation Officer

RE: Joseph Rojas

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

- ☐ No Action.
- ☐ The extension of supervision as noted above.
- ☒ The modification of conditions as noted above
- ☐ Other (please include Judicial Officer instructions below):

---

---

---

*Howard D McKibben*
Signature of Judicial Officer

March 14, 2025
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

**District of Nevada**

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Remote Alcohol Detection** – The person under supervision must participate in the Remote Alcohol Detection Program for 60 days, or until Mr. Rojas's Final Revocation Hearing is completed, and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the court and/or the officer.

2. **No Alcohol** – You must not use or possess alcohol.

Witness _/s/_
U.S. Probation Officer

Signed _/s/_
Probationer or Supervised Releasee

3-12-25
Date